United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VIRGINIA DAVIS,
Plaintiff,
v.
NATIONAL CREDIT ADJUSTERS, LLC,
Defendant.

Case No. 18-cv-02543-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **July 12, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 19, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: 5/29/2018

Richard Seeborg
United States District Judge